**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

FILED

2011 MAR 31  P 3: 50

U.S. DISTRICT COURT
BRIDGEPORT, CONN

THOMAS SEGNIT,

   **Plaintiff,**

            **Case No.:**

-v-

**GLOBAL CREDIT &
COLLECTIONS CORP.,**

            **March 29, 2011**

   **Defendant.**

### NOTICE OF REMOVAL

  Defendant Global Credit & Collections Corp. ("Defendant"), by and through its undersigned counsel, pursuant to the provisions of 28 U.S.C. §§ 1331, 1441 and 1446, appearing specially so as to preserve any and all defenses available under Rule 12 of the Federal Rules of Civil Procedure and the Connecticut Rules of Civil Procedure, any and all defenses under the federal laws of bankruptcy and specifically preserving the right to demand arbitration pursuant to contractual agreements and the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, and hereby gives notice of the removal of this action from the Connecticut Superior Court, Small Claims Session, to the United States District Court of Connecticut. In support of this notice of removal, Defendant states as follows:

## I. **INTRODUCTION**

1.      Plaintiff Thomas Segnit ("Plaintiff") commenced this action by serving  Defendant with a summons and two letters addressed to Global Credit asserting violations of the Federal Debt Collections Practices Act ("FDCPA") (henceforth the "complaint").

2.      Defendant is not aware of Plaintiff having filed the complaint that has been served on Defendant.

3.      Plaintiff's complaint asserts that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. ("FDCPA"), specifically provisions 15 U.S.C. §§1692c & 1692g.

4.      Based on these claims, Plaintiff's complaint seeks recovery of $4,000, plus costs. (*See generally*, State Civil Coversheet).

5.      This case is properly removable pursuant to 28 U.S.C. § 1441 because federal question jurisdiction is present.   Section 1441 provides, in pertinent part:

> Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the constitution, treaties, or laws of the United States shall be removable without regard to the citizenship or residence of the parties.  Any other such action shall be removable only if none of the parties in interest properly joined and served as defendant is a citizen of the State in which such action is brought.

28 U.S.C. § 1441(a).

## II. FEDERAL QUESTION JURISDICTION

6.      Federal district courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.  Removal jurisdiction based upon a federal question exists when a federal question is presented on the face of a plaintiff's complaint.   *See Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).

7.      This is a civil action arising under the Constitution, laws, or treatises of the United States, because Plaintiff is asserting a claim against Defendant based upon alleged violations FDCPA, which is a federal consumer protection statute.   *See*   Complaint; *see also* 15 U.S.C. § 1692 *et seq.*   Accordingly, Plaintiff's FDCPA claim arises under the laws of the United States and could have been originally filed in this Court.

## IV. ADOPTION AND RESERVATION OF DEFENSES

8.      Nothing in this notice of removal shall be interpreted as a waiver or relinquishment of any of Defendant's rights to assert any defense or affirmative matter, including, but not limited to, the defenses of: (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims and/or parties; (6) failure to state a claim; (7) the mandatory arbitrability of some or all of the claims; (8) failure to join indispensable parties; or (9) any other pertinent defense available under Federal Rule of Civil Procedure 12 or the Connecticut Rules of Civil Procedure, any state or federal statute, or otherwise.

## V.  TIMING OF REMOVAL

9.     This removal is timely because it is being filed within thirty (30) days of service of Plaintiff's initial complaint on Defendant.

## VI.  ADDITIONAL PROCEDURAL REQUIREMENTS

10.     This case is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

11.     True and correct copies of "all process, pleadings, and orders" served upon Defendant to date are attached hereto as Exhibit "A" in conformity with 28 U.S.C. § 1446(a).  There has been no other process, pleadings, or orders served upon Defendant to date in this case.

12.     Defendant has heretofore sought no similar relief.

13.     The United States District Court for Connecticut is the court embracing the place where this action is pending in state court.

14.     No parties other than Defendant were served and therefore, no other parties need join in the removal.

15.     Contemporaneously with the filing of this notice of removal, Defendant is filing a copy of the same with the clerk of the Connecticut Superior Court, Small Claims Session and a notice of filing notice of removal.  Written notice of the filing of this notice of removal has also been served upon Plaintiff.

16.     Defendant reserves the right to supplement this notice of removal by adding any jurisdictional defenses which may independently support a basis for removal.

17805 v1 16210-v1

**WHEREFORE,** Defendant prays that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Connecticut Superior Court, Small Claims Session, to the United States District Court of Connecticut.

DEFENDANT GLOBAL
CREDIT & COLLECTIONS CORP.

By:_____
Jonathan D. Elliot (ct05762)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel:  (203) 333-9441
Fax: (203) 333-1489
Email: jelliot@znclaw.com

Its Attorneys

17805 v116210-v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the Notice of Removal and the Notice to Counsel re Local Rule 5(a) have been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 21st day of March, 2011:

Thomas Segnit
18 Milltown Road
New Fairfield, CT 06812
Telephone: 203-746-2764
Plaintiff Proceeding *Pro Se*

_____
Attorney

Exh. A

**SMALL CLAIMS WRIT
AND NOTICE OF SUIT**
JD-CV-40 Rev. 1-11
C.G.S. §§ 51-15, 51-345(g)

**CONNECTICUT SUPERIOR COURT
SMALL CLAIMS SESSION**

*Type or print legibly. This Writ and Notice of Suit must be served on (delivered to) the defendant(s) before filing it with the court. See Instructions to Plaintiff on reverse.*

For Court Use Only
Do Not Write In This Space
Barcode Label Only

1.) Information that will determine where the trial will be

**PLAINTIFFS RESIDENCE**

2.) Is this a claim between a landlord and a renter? ("X" one)  ☐ Yes  ☒ No
3.) If you answered "yes" to question #2 above, state the town where the rental premises is located:

| 4.) Name, address and zip code of Plaintiff #1 | Name, address and zip code of Plaintiff #2 |
|---|---|
| P L T F # 1 | THOMAS SEGNIT<br>18 MILLTOWN ROAD B<br>NEW FAIRFIELD, CT 06812 | P L T F # 2 |

Telephone number (w/area code)  **203-746-2764**  ("X" One) ☒ Individual ☐ LLC ☐ DBA ☐ Partnership ☐ Corporation

Telephone number (w/area code)  ("X" One) ☐ Individual ☐ LLC ☐ DBA ☐ Partnership ☐ Corporation

5.) Name, address and zip code of Attorney for Plaintiff(s)

**Pro Se**

Attorney's Juris number   Telephone number (w/area code)

| 6.) Name, address and zip code of Defendant #1 | Name, address and zip code of Defendant #2 |
|---|---|
| D E F # 1 | GLOBAL CREDIT & COLLECTION CORPORATION<br>300 INTERNATIONAL DRIVE, SUITE 100<br>WILLIAMSVILLE, NY 14221-5781 | D E F # 2 |

Telephone number (w/area code)  **850-387-1248**  ("X" One) ☐ Individual ☐ LLC ☒ DBA ☐ Partnership ☒ Corporation

Telephone number (w/area code)  ("X" One) ☐ Individual ☐ LLC ☐ DBA ☐ Partnership ☐ Corporation

For more than 2 defendants, attach *Continuation of Parties*, Form JD-CV-67, and "X" box.

7.) If this claim is a consumer debt (a debt or obligation made primarily for personal, family or household reasons), give the reasons why you believe that the statute of limitations has not expired.

8.) How did you check in the last 6 months that the address given for defendant(s) is accurate? "X" all boxes that apply and provide the dates that the address was checked.

☐ 1) I checked town or city records (for example, checking a street list or tax records);   (date checked)

☐ 2) I checked with the Department of Motor Vehicles;   (date checked)

☐ 3) I received correspondence (letters or other mail) from the defendant with that return address;   (date checked)

☒ 4) I received other proof from the defendant that the address is current;
CERTIFIED MAIL / RETURN RECEIPT REQUESTED - VERIFIED DELIVERY OF
ARTICLE 7004 1350 0003 0039 6760 - 2/16/2011   (description of proof and date checked)

☐ 5) I mailed by first class mail, at least 4 weeks before this small claims action was filed, a letter to the defendant at the address used and the letter has not been returned to me by the United States Postal Service.   (date checked)

9.) Amount claimed  **$4,000—**   **Plus costs**

10.) You are being sued. The Plaintiff('s) claims you owe the above amount for the following reasons:

**MULTIPLE VIOLATIONS OF FDCPA 805 (c) and FDCPA 809 (b)**

JANEEN M. JONES
Notary Public, State of New York
No. 01JO6186168
Qualified in Putnam County
Commission Expires April 28, 2013

The person signing below, being duly sworn, states that he or she has read the claim above and the information contained in this form and, to the best of his or her knowledge, information and belief, there is good ground to support the claim and the information is true.

11.) Signed   *(signature)*

Type in name of person signing at left and title, if applicable
**THOMAS M. SEGNIT**

For Court Use Only (Date/Stamp)

Subscribed and sworn to before me (or) (Date)
**3/1/2011**

Signed (Clerk, Notary, Commissioner of Superior Court)
**JANEEN M...**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

Distribution:   Original - Court   Copy 1 - Defendant   Copy 2 - Defendant   Copy 3 - Plaintiff

Page 1 of 2




## Instructions to Plaintiff

*The "Small Claims Court" is a part of Connecticut's court system where a person can sue for money damages only up to $5,000.00. That amount is set by state law and may change from time to time. You may also be able to get interest and costs. The only time that a person can sue for more than the $5,000.00 limit is in a lawsuit to have a landlord return a security deposit in a landlord-tenant matter. In that kind of case only, a person can sue for double the amount of the security deposit, plus interest that has been added to the amount, even if the doubled amount brings the claim over the $5,000.00 limit. The small claims court does not hear libel and slander cases.*

*The instructions below are numbered. The numbers are the same as the numbered sections of the SMALL CLAIMS WRIT AND NOTICE OF SUIT (form JD-CV-40). These instructions are to help you correctly fill out each section of the Small Claims Writ and Notice of Suit. For more information, get a copy of HOW SMALL CLAIMS COURT WORKS (form JDP-CV-45) from the Clerk's Office or from our website at www.jud.ct.gov/faq/smallclaims.html.*

**Note:** Unless you are hiring a state marshal to deliver (serve) the Small Claims Writ and Notice of Suit for you, you must deliver a copy of the completed original Small Claims Writ and Notice of Suit to each defendant with the "Instructions to Defendant" form JD-CV-121, before filing those documents with the court. See "How to Serve (Deliver to Defendant) a Small Claim Writ and Notice of Suit" form for instructions. You must deliver a copy of all the documents you want to file with the court, for example, all attachments to the original writ must be delivered. After all of those documents have been delivered, file the **original** documents with the court, with the appropriate entry fee and "Statement of Service", form JD-CV-123, for each defendant. **Keep a copy** for your records.

1. **Information That Will Determine Where The Trial Will Be**
   The information you give will determine where the trial will be if the information complies with the statutes. If this portion of the form is not filled out, the **location of the trial** will be determined as described below.

   If you are an **individual Plaintiff**, choose one of the following and enter the town where (a) the plaintiff lives, (b) the defendant lives or the defendant's business is located or (c) the transaction or injury occurred. **If you do not give any information, the town where you live will determine the place of the trial.**

   If you are a **Business Entity**, including a domestic corporation, United States corporation or a limited liability company; choose one of the following and enter the town where (a) the defendant lives, (b) the defendant is doing business or (c) the transaction or injury occurred. **If you do not give any information, the town where the defendant lives will determine the place of the trial.**

   An out-of-state individual defendant must own real or personal property in Connecticut to be sued in small claims court. That must be stated in the writ.

   In matters involving a landlord and a renter (tenant), enter the town in which the rental property are located. The location of the rental property will determine where the trial will be held. (Note: If, however, the defendant now resides out-of-state, the small claims rules may not apply.)

   For more information, see the Connecticut General Statutes or the Connecticut Practice Book.

2. **Claim Between Landlord And Renter (Tenant)**
   If the claim is between a landlord and a renter (tenant), "X" the box for yes. If not, "X" the box for no.

3. **Rental Property Location**
   Write the name of the town where the rental property is located.

4. **Plaintiff(s)**
   The plaintiff is the person filing the claim (suing the other party). If there is more than 1 person, use 1 box for each plaintiff. For more than 2 plaintiffs, use the *Continuation of Parties* form, JD-CV-67. Enter the complete and correct legal name, address, and telephone number of each plaintiff. For each plaintiff, "X" the box for the type of plaintiff filing.

5. **Attorney Information**
   To be filled out by attorney only if representing the plaintiff.

6. **Defendant(s)**
   The defendant is the person you are suing. If you are suing more than 1 person, use 1 box for each defendant. For more than 2 defendants, use the *Continuation of Parties* form, JD-CV-67. Enter the complete and correct legal name, address, and telephone number of each defendant. For each defendant, "X" the box for the type of defendant being sued. **Special Note:** The name of the person or business you are suing must be exact. If you make a mistake and list the wrong name, or leave out any part of any name, you may not get your money.

7. **Statute Of Limitations**
   A statute of limitations is a time limit on how long you have to start a case. This time limit is different for each type of case. Most statutes of limitations can be found in Chapter 926 of the Connecticut General Statutes. You must give the reasons why you believe that the statute of limitations time period has not run out if the claim is a consumer debt which is a debt or obligation made primarily for personal, family or household reasons. See Section 52-350a(2) of the Connecticut General Statutes.

8. **Address Verification**
   Check all boxes that apply showing how you know the address you give for each defendant is accurate and provide the date you checked the addresses.

9. **Amount Claimed**
   Enter the amount of money you are claiming. The amount may not be more than the statutory limit for small claims matters, unless the amount over the limit is for interest or costs, or is for the doubling of a security deposit in a landlord-tenant matter. Do not include the filing fee.

10. **Reason For Claim**
    Give a clear, brief description of the nature of the case. You may attach pages if you need to. The claim must be for money damages only. Interest charges and costs that bring the amount over the limit should be listed separately here.

11. **Signature And Oath**
    Your signature must be notarized. You must sign the claim in front of the person who is notarizing it. You must also print your name clearly and your title, if you have a title, in the box provided. Your oath must be taken at the time you sign the claim and the person who took your oath (the Clerk, a Notary, or a Commissioner of the Superior Court) must also sign. Attorneys are Commissioners of the Superior Court.

12. **Keep A Copy Of All Documents For Your Records.**

## What If I Know I Owe The Plaintiff Some Money?

If you think you owe the plaintiff something, but you do not agree with the amount the plaintiff is asking for or you are not sure how much you owe the plaintiff, you should file a written Answer. This gives you a chance to come to court for a trial to question how the plaintiff added up the amount claimed.

## What Should I Do If I Admit That I Owe The Plaintiff The Whole Amount?

If you are sure that you owe the whole amount but you want time to pay, you must file an Answer **not later than the Answer date**, stating that you want time to pay the claim and why you are asking for the extra time to pay. You may ask for a period of time during which you can make payments that you suggest. If you do not, and you are an individual, the court will enter a judgment with an order of payments of $35.00 each week until the judgment is paid. If you ask to pay less than $35.00 per week and the plaintiff does not agree, a trial will be scheduled.

A judgment against a business entity, for example, a corporation, or a judgment against a landlord for return of a security deposit, will be ordered paid in the full amount. This will be entered as a judgment of the court.

If you pay the plaintiff/plaintiff's attorney the full amount owed **plus costs**, if any, before the answer date, tell the court on the Answer form. Do not send payment(s) to the court.

## Where And When Do I Have To Go To Court?

If a trial is required, you will be sent a notice of the date, time and place of the trial. Even if you filed an Answer or a request for time to pay, the court can enter a judgment against you if you do not come to court on the date and time set for the trial.

## What Do I Need To Bring To Court?

On the day of the trial, you must bring all your witnesses and evidence (bills, invoices, checks) to court with you. This includes any defective or damaged goods that can be brought to court safely and easily, estimates of damages, pictures, and anything else that you want the court to look at. Be complete and organized in your case. **A small claims judgment cannot be appealed.**

---

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA/.

---

USPS - Track & Confirm

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.

UNITED STATES
POSTAL SERVICE

—SEGNIT—

Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

Track & Confirm

Label/Receipt Number: 7004 1350 0003 0039 6760
Expected Delivery Date: February 12, 2011
Class: First-Class Mail®
Service(s): Certified Mail™
            Return Receipt
Status: Delivered

Your item was delivered at 11:15 am on February 16, 2011 in BUFFALO,
NY 14221.

Detailed Results:
· Delivered, February 16, 2011, 11:15 am, BUFFALO, NY 14221
· Acceptance, February 10, 2011, 4:01 pm, DANBURY, CT 06811

Track & Confirm
Enter Label/Receipt Number.

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

GLOBAL CREDIT CORP.
300 INT'L DRIVE
SUITE 100
WILLIAMSVILLE, NY
    14221-5781

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X    MANAGEMENT    ☐ Agent
                   ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 3280 1350 0003 0039 6760

PS Form 3811, February 2004    Domestic Return Receipt

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $        44
Certified Fee            2.80
Return Receipt Fee
(Endorsement Required)   2.30
Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees  $   $5.54

Postmark
Here

Sent To  GLOBAL CREDIT CORPORATION
Street, Apt. No.;
or PO Box No.  300 INTL. DR., SUITE 100
City, State, ZIP+4  WILLIAMSVILLE, NY 14221-5781

7004 1350 0003 0039 6760

2/10/2011 7:35

February 10, 2011?

Global Credit Corporation
#300 International Drive
Suite 100
Williamsville, NY 14221-5781

Certified Mail # 7004 1350 0003 0039 6760  ?

Dear Sir:

I am writing in response to your constant phone calls. According to the Fair Debt
Collection Practices Act,  [15 USC 1692c] Section 805(c): CEASING
COMMUNICATION: You must cease all communication with me after being notified in
writing that I no longer wish to communicate with you.

In accordance with the federal FDCPA, now that you have received this "stop calling"
letter, you may only contact me to inform me that you:

- are terminating further collection efforts;
- invoking specified remedies which are ordinarily invoked by you or your
  company; or
- intend to invoke a specified remedy.

Any future contact by you or your company violates the FDCPA and that since you
already have my location information, calls made by you or your company to any 3rd
party concerning me violates section 805(b)2 of the FDCPA.

Thank you for your immediate attention to this matter.

Sincerely,

T. Segnit

cc: State Attorney General of Connecticut

February 10, 2011

Global Credit Corporation
#300 International Drive
Suite 100
Williamsville, NY 14221-5781

Certified Mail #7004 1350 0003 0039 6760

Greetings:

Thank you for your recent inquiry. This is not a refusal to pay, but a notice that your claim is disputed.

This is a request for validation made pursuant to the Fair Debt Collection Practices Act. Please complete and return the attached disclosure request form.

Please be advised that I am not requesting a "verification" that you have my mailing address, I am requesting a "validation;" that is, competent evidence that I have some contractual obligation to pay you.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute fraud under federal and state law. You may wish to consult with a competent legal advisor before your next communication with me.

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorney fees.

Best regards,

Thomas Segnit
#18 Milltown Road
New Fairfield, CT 06182



**State of Connecticut - Superior Court**
**Centralized Small Claims**

JD-CV-40 A1 Revised 1/2011

*Toll Free in Connecticut (866) 383-5927*
**Local Hartford Area (860) 756-7800**
*Fax: (860) 756-7805 · www.jud.ct.gov*

| **Answer** |



**RE: Docket #** | SCC   388355 |   SEGNIT vs. GLOBAL CREDIT & COLLECTION CORPORATION

Hearing Location(Venue):   SCA3   Danbury                                                03/16/2011

| **THIS IS <u>NOT</u> YOUR COURT DATE;   THIS IS YOUR ANSWER DATE:** |
| **04/06/2011** |

To Answer this claim, fill out this form and return it by mail, FAX or hand deliver it to the clerk.  Send a copy to each Plaintiff and fill out the CERTIFICATION below.
Please read the ***Information about the Answer Form*** on the back

IN RESPONSE TO THE CLAIM FOR THIS AMOUNT, plus court costs, if any   | **$4,000.00** |
this is my response. (check all boxes that apply)

☐ **I disagree with the claim because:** State below why you disagree; be brief but specific.  At trial you will be given a trial with a magistrate and the magistrate will decide what, if anything, you owe.  At the trial you can explain why you disagree and can give the court documents and materials that show why you disagree.

_____
_____
_____

☐ **I admit I owe part of the claim:**  (Give the reasons why you do not owe the entire amount. You will be given a trial with a magistrate and the magistrate will determine what you owe).

_____
_____

☐ **I admit I owe the claim but need more time to pay.**  You may ask for a period of time during which you can make payments that you suggest.  If you do not, and you are an individual, the court will enter a judgment with an order of payments of $35.00 each week until the judgment is paid. If you ask to pay less than $35.00 per week, and the plaintiff does not agree, a trial will be scheduled.  A judgment against a business(for example, a corporation) and a judgment against a landlord for return of a security deposit, will be ordered paid in a lump sum.

_____
_____

☐ **Counterclaim:** The plaintiff owes money to me in the amount of  | $ _____ |
                                   for the following reasons:

_____
_____
_____

**CERTIFICATION:** I certify that a copy of this answer was mailed or delivered electronically or non-electronically to all attorneys and self-represented parties of record on (date) _____ and that written consent for electronically delivery was received from all attorneys and self-represented parties receiving electronically delivery. Enter below, name and address of each party or attorney that copy was mailed or delivered to (attach separate sheet if necessary).

_____
_____

| Signature | Print Name and Title of Person Signing | Date Signed |
|---|---|---|
| Address (No., Street, Town , Zip) | Telephone No. | Juris No. (if an attorney is signing) |

**Centralized Small Claims**
P.O. Box 260777
Hartford, CT 06126-0777



GLOBAL CREDIT & COLLECTION CORPORAT
300 INTERNATIONAL DR STE 100
WILLIAMSVILLE, NY 14221

---

The judicial Branch of the State of Connecticut complies with the American with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA/.

---

### INFORMATION ABOUT THE ANSWER FORM

1.YOU **DO NOT** HAVE TO COME TO COURT ON THE ANSWER DATE EXCEPT TO SUBMIT A WRITTEN ANSWER IF YOU HAVE NOT DONE SO BY THAT DATE.

It is not the date of trial. If you have filed an answer contesting the claim the clerk will schedule a date for the trial and will send you a written notice by mail of the date and time to come to court.

2.IF YOU DO NOT ANSWER BY THE ANSWER DATE, JUDGMENT COULD ENTER AGAINST YOU WITHOUT A HEARING.

If the judgment is against you and you **do not** pay the amount ordered in the judgment, the party who won the judgment may try to collect the money owed by getting permission from the court to have the money taken from your wages, financial accounts or property.

3. THE HEARING LOCATION (VENUE) IS WHERE A HEARING WOULD BE HELD IF ONE IS SCHEDULED.

You will receive notice by mail of the time and date of any hearing that may be scheduled.

DO NOT SEND PAYMENT(S) TO THE COURT. MAKE ALL PAYMENTS DIRECTLY TO THE FOLLOWING:

THOMAS SEGNIT
18 MILLTOWN ROAD B
DANBURY , CT 06

Exh. B

SCC - 388355      :

THOMAS SEGNIT,     :

     Plaintiff,   :   SMALL CLAIMS COURT

v.         :   AT DANBURY

GLOBAL CREDIT &
COLLECTIONS CORP.,   :
         :   MARCH 29, 2011
     Defendant.  :

## NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, on  March 30, 2011, the defendant, Global Credit & Collections Corp., ("Defendant"), through its undersigned counsel, filed in the United States District Court for the District of Connecticut, a Notice of Removal in the above-captioned matter.  With this filing, this action now stands removed from the Small Claims Court for the Judicial District of Danbury at Danbury to the United States District Court for the District of Connecticut.  A copy of the Notice of Removal is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE THAT a copy of the Notice of Removal is being filed with the Clerk of the Small Claims Court for the Judicial District of Danbury at Danbury.

Dated at Bridgeport, Connecticut this      day of  April, 2011.

DEFENDANT GLOBAL CREDIT &
COLLECTIONS CORP.

By:_____
      Jonathan D. Elliot

ZELDES, NEEDLE & COOPER, P.C.
      1000 Lafayette Boulevard
      P.O. Box 1740
      Bridgeport, CT 06601-1740
      Tel:  (203) 333-9441
      Fax: (203) 333-1489
      Juris No. 69695


Its Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. Mail first-class mail, postage prepaid, on this date, to:


Thomas Segnit, *Pro Se*
18 Milltown Road
New Fairfield, CT 06812
Telephone: 203-746-2764


Dated at Bridgeport, Connecticut on this     day of  April, 2011.



_____
Jonathan D. Elliot

Exh. A

**SMALL CLAIMS WRIT AND NOTICE OF SUIT**
JD-CV-40 Rev. 1-11
C.G.S. §§ 51-15, 51-345(g)

**CONNECTICUT SUPERIOR COURT**
SMALL CLAIMS SESSION

*Type or print legibly. This Writ and Notice of Suit must be served on (delivered to) the defendant(s) before filing it with the court. See instructions to Plaintiff on reverse.*

*For Court Use Only*
*Do Not Write In This Space*
*Barcode Label Only*

1.) Information that will determine where the trial will be
PLAINTIFFS RESIDENCE

2.) Is this a claim between a landlord and a renter? ("X" one) ☐ Yes ☒ No
3.) If you answered "yes" to question #2 above, state the town where the rental premises is located:

| P L T F #1 | 4.) Name, address and zip code of Plaintiff #1 THOMAS SEGNIT 18 MILLTOWN ROAD B NEW FAIRFIELD, CT 06812 | P L T F #2 | Name, address and zip code of Plaintiff #2 |
|---|---|---|---|

| Telephone number (w/area code) 203-746-2764 | ("X" One) ☒ Individual | LLC ☐ DBA | Partnership ☐ Corporation | Telephone number (w/area code) | ("X" One) ☐ Individual | LLC ☐ DBA | Partnership ☐ Corporation |

5.) Name, address and zip code of Attorney for Plaintiff(s)
Pro Se

Attorney's Juris number | Telephone number (w/area code)

| D E F #1 | 6.) Name, address and zip code of Defendant #1 GLOBAL CREDIT & COLLECTION CORPORATION 300 INTERNATIONAL DRIVE, SUITE 100 WILLIAMSVILLE, NY 14221-5781 | D E F #2 | Name, address and zip code of Defendant #2 |
|---|---|---|---|

| Telephone number (w/area code) 850-387-1248 | ("X" One) ☐ Individual | LLC ☐ DBA | Partnership ☒ Corporation | Telephone number (w/area code) | ("X" One) ☐ Individual | LLC ☐ DBA | Partnership ☐ Corporation |

For more than 2 defendants, attach *Continuation of Parties*, Form JD-CV-67, and "X" box. ☐

7.) If this claim is a consumer debt (a debt or obligation made primarily for personal, family or household reasons), give the reasons why you believe that the statute of limitations has not expired.

8.) How did you check in the last 6 months that the address given for defendant(s) is accurate? "X" all boxes that apply and provide the dates that the address was checked.

☐ 1) I checked town or city records (for example, checking a street list or tax records); _____ (date checked)

☐ 2) I checked with the Department of Motor Vehicles; _____ (date checked)

☐ 3) I received correspondence (letters or other mail) from the defendant with that return address; _____ (date checked)

☒ 4) I received other proof from the defendant that the address is current;
CERTIFIED MAIL / RETURN RECEIPT REQUESTED - VERIFIED DELIVERY OF ARTICLE 7004 1350 0003 0039 6760 - 2/16/2011 (description of proof and date checked)

☐ 5) I mailed by first class mail, at least 4 weeks before this small claims action was filed, a letter to the defendant at the address used and the letter has not been returned to me by the United States Postal Service. _____ (date checked)

9.) Amount claimed
$4,000 — **Plus costs**

10.) You are being sued. The Plaintiff(s) claims you owe the above amount for the following reasons:
MULTIPLE VIOLATIONS OF FDCPA 805 (c) and FDCPA 809 (b)

JANEEN M. JONES
Notary Public, State of New York
No. 01JO6186158
Qualified in Putnam County
Commission Expires April 28, 20__

The person signing below, being duly sworn, states that he or she has read the claim above and the information contained in this form and, to the best of his or her knowledge, information and belief, there is good ground to support the claim and the information is true.

| 11.) Signed | Type in name of person signing at left and title, if applicable | For Court Use Only (Date/Stamp) |
|---|---|---|
| *(signature)* | THOMAS M. SEGNIT | |
| Subscribed and sworn to before me on (Date) 3 1 2011 | Signed (Clerk, Notary, Commissioner of Superior Court) | |

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA/.

Distribution:   Original - Court       Copy 1 - Defendant       Copy 2 - Defendant       Copy 3 - Plaintiff

**INSTRUCTIONS TO DEFENDANT**
**(NOTICE TO PERSON BEING SUED)**
JD-CV-121 New 1-11

Please read the instructions carefully.

*For more information, get a copy of HOW SMALL CLAIMS COURT WORKS (form JDP-CV-45) from the Clerk's Office or from our website at www.jud.ct.gov/faq/smallclaims.html.*

## What Do I Have To Do To Defend This Case?

The person suing you (the Plaintiff) delivered to you (served you with) a copy of the Small Claims Writ and Notice of Suit and related documents, if any. After serving you, the plaintiff will file the Small Claims Writ and Notice of Suit and related documents with the court. The court will send an Answer form to you with the number the court assigns to the case, called the "docket number" of the case, and the date you must file your Answer by. This should happen soon but could be up to 6 weeks depending on when the plaintiff files the case with the court.

The Answer is your response or reply to the claim by the plaintiff. Your Answer should be brief but specific. Fill out the entire Answer form and sign it. Keep a copy for yourself and send a copy to each attorney or other representative of the plaintiff, or if the plaintiff is representing himself or herself, to the plaintiff. Send the original Answer form to the court by mail, fax or hand delivery at the address or fax number shown below on or before the answer date. Please be sure to give us any change of your address.

Do not answer until you get the Answer form from the court but if you do not get an Answer form within 6 weeks of being served, contact the court to ask why. If you do not file an Answer in writing with the court, a money judgment could enter against you. This is called a default judgment.

You may make an agreement with the plaintiff before the plaintiff files the lawsuit in court or at any time before the court enters a judgment. You may hire a lawyer to represent you if you want to.

You can find helpful information on our website at: http://www.jud.ct.gov/faq/smallclaims.html and you may check the status of your case after it has been given a docket number at: http://www.jud2.ct.gov/Small_Claims/.

If you have any questions, you can visit or call the Centralized Small Claims Office at 80 Washington Street, Hartford, CT 06106. The telephone number in the Hartford area is 860-756-7800. The toll free telephone number in Connecticut is 866-383-5927. The fax number is (860) 756-7805.

You do not need an attorney even if the plaintiff has one. However, you can have an attorney if you want to hire one.

If you want to use the regular rules of court in this case or if you want the right to appeal this case, you must file a motion to transfer the case to the regular civil or housing docket of the superior court. You may need an attorney to help you in filing that motion and you will have to pay fees to file it. The motion to transfer **must** be filed, in writing, with an affidavit and the correct fees, **on or before the answer date.**

## What Happens If I Do Not File An Answer?

If you do not file an Answer, the file will be reviewed by a magistrate who will decide whether a judgment can enter without a hearing for the full amount of the claim plus court costs, or whether the case needs to be set down for a trial.

## What Happens If I File An Answer?

**Do not go to court on the answer date.** After the court receives your Answer, a trial will be scheduled if one is required. Cases are scheduled for trial as quickly as possible.

## What Should I Do If The Plaintiff Owes Me Money?

If you claim the plaintiff owes you money, this is called a counterclaim. Explain how much the plaintiff owes you and why in the counterclaim section of the Answer form.

# Instructions to Plaintiff

*The "Small Claims Court" is a part of Connecticut's court system where a person can sue for money damages only up to $5,000.00. That amount is set by state law and may change from time to time. You may also be able to get interest and costs. The only time that a person can sue for more than the $5,000.00 limit is in a lawsuit to have a landlord return a security deposit in a landlord-tenant matter. In that kind of case only, a person can sue for double the amount of the security deposit, plus interest that has been added to the amount, even if the doubled amount brings the claim over the $5,000.00 limit. The small claims court does not hear libel and slander cases.*

*The instructions below are numbered. The numbers are the same as the numbered sections of the SMALL CLAIMS WRIT AND NOTICE OF SUIT (form JD-CV-40). These instructions are to help you correctly fill out each section of the Small Claims Writ and Notice of Suit. For more information, get a copy of HOW SMALL CLAIMS COURT WORKS (form JDP-CV-45) from the Clerk's Office or from our website at www.jud.ct.gov/faq/smallclaims.html.*

**Note:** Unless you are hiring a state marshal to deliver (serve) the Small Claims Writ and Notice of Suit for you, you must deliver a copy of the completed original Small Claims Writ and Notice of Suit to each defendant with the "Instructions to Defendant" form JD-CV-121, **before** filing those documents with the court. See "How to Serve (Deliver to Defendant) a Small Claim Writ and Notice of Suit" form for instructions. You must deliver a copy of all the documents you want to file with the court, for example, all attachments to the original writ must be delivered. After all of those documents have been delivered, file the **original** documents with the court, with the appropriate entry fee and "Statement of Service", form JD-CV-123, for each defendant. Keep a copy for your records.

1. **Information That Will Determine Where The Trial Will Be**
The information you give will determine where the trial will be if the information complies with the statutes. **If this portion of the form is not filled out, the location of the trial will be determined as described below.**

   If you are an Individual Plaintiff, choose one of the following and enter the town where (a) the plaintiff lives, (b) the defendant lives or the defendant's business is located or (c) the transaction or injury occurred. **If you do not give any information, the town where you live will determine the place of the trial.**

   If you are a Business Entity, including a domestic corporation, United States corporation or a limited liability company, choose one of the following and enter the town where (a) the defendant lives, (b) the defendant is doing business or (c) the transaction or injury occurred. **If you do not give any information, the town where the defendant lives will determine the place of the trial.**

   An out-of-state individual defendant must own real or personal property in Connecticut to be sued in small claims court. That must be stated in the writ.

   In matters involving a landlord and a renter (tenant), enter the town in which the rental property are located. The location of the rental property will determine where the trial will be held. (Note: If, however, the defendant now resides out-of-state, the small claims rules may not apply.)

   For more information, see the Connecticut General Statutes or the Connecticut Practice Book.

2. **Claim Between Landlord And Renter (Tenant)**
If the claim is between a landlord and a renter (tenant), "X" the box for yes. If not, "X" the box for no.

3. **Rental Property Location**
Write the name of the town where the rental property is located.

4. **Plaintiff(s)**
The plaintiff is the person filing the claim (suing the other party). If there is more than 1 person, use 1 box for each plaintiff. For more than 2 plaintiffs, use the *Continuation of Parties* form, JD-CV-67. Enter the complete and correct legal name, address, and telephone number of each plaintiff. For each plaintiff, "X" the box for the type of plaintiff filing.

5. **Attorney Information**
To be filled out by attorney only if representing the plaintiff.

6. **Defendant(s)**
The defendant is the person you are suing. If you are suing more than 1 person, use 1 box for each defendant. For more than 2 defendants, use the *Continuation of Parties* form, JD-CV-67. Enter the complete and correct legal name, address, and telephone number of each defendant. For each defendant, "X" the box for the type of defendant being sued. **Special Note:** The name of the person or business you are suing must be exact. If you make a mistake and list the wrong name, or leave out any part of any name, you may not get your money.

7. **Statute Of Limitations**
A statute of limitations is a time limit on how long you have to start a case. This time limit is different for each type of case. Most statutes of limitations can be found in Chapter 926 of the Connecticut General Statutes. You must give the reasons why you believe that the statute of limitations time period has not run out if the claim is a consumer debt which is a debt or obligation made primarily for personal, family or household reasons. See Section 52-350a(2) of the Connecticut General Statutes.

8. **Address Verification**
Check all boxes that apply showing how you know the address you give for each defendant is accurate and provide the date you checked the addresses.

9. **Amount Claimed**
Enter the amount of money you are claiming. The amount may not be more than the statutory limit for small claims matters, unless the amount over the limit is for interest or costs, or is for the doubling of a security deposit in a landlord-tenant matter. Do not include the filing fee.

10. **Reason For Claim**
Give a clear, brief description of the nature of the case. You may attach pages if you need to. The claim must be for money damages only. Interest charges and costs that bring the amount over the limit should be listed separately here.

11. **Signature And Oath**
Your signature **must** be notarized. You must sign the claim in front of the person who is notarizing it. You must also print your name clearly and your title, if you have a title, in the box provided. Your oath must be taken at the time you sign the claim and the person who took your oath (the Clerk, a Notary, or a Commissioner of the Superior Court) must also sign. Attorneys are Commissioners of the Superior Court.

12. **Keep A Copy Of All Documents For Your Records.**

USPS - Track & Confirm                     http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.

**UNITED STATES POSTAL SERVICE**         —SEGNIT—         Home | Help | Sign In

Track & Confirm         FAQs

## Track & Confirm

Track & Confirm

Label/Receipt Number: 7004 1350 0003 0039 6760
Expected Delivery Date: February 12, 2011
Class: First-Class Mail®
Service(s): Certified Mail™
            Return Receipt
Status: Delivered

Your item was delivered at 11:15 am on February 16, 2011 in BUFFALO,
NY 14221.

Detailed Results:
• Delivered, February 16, 2011, 11:15 am, BUFFALO, NY 14221
• Acceptance, February 10, 2011, 4:01 pm, DANBURY, CT 06811

Track & Confirm

Enter Label/Receipt Number.

Go >

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

GLOBAL CREDIT CORP.
300 INT'L DRIVE
SUITE 100
WILLIAMSVILLE, NY
       14221-5781

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    MANAGEMENT          ☐ Agent
                         ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   MANAGEMENT

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 1350 0003 0039 6760

PS Form 3811, February 2004          Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage   $    44
Certified Fee    2.80
Return Receipt Fee
(Endorsement Required)    2.30
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $ 5.54

Sent To  GLOBAL CREDIT CORPORATION
Street, Apt. No.;
or PO Box No. 300 INT'L DR., SUITE 100
City, State, ZIP+4  WILLIAMSVILLE, NY 14221-5781

February 10, 2011

Global Credit Corporation
#300 International Drive
Suite 100
Williamsville, NY 14221-5781

Certified Mail # 7004 1350 0003 0039 6760

Dear Sir:

I am writing in response to your constant phone calls. According to the Fair Debt
Collection Practices Act, [15 USC 1692c] Section 805(c): CEASING
COMMUNICATION: You must cease all communication with me after being notified in
writing that I no longer wish to communicate with you.

In accordance with the federal FDCPA, now that you have received this "stop calling"
letter, you may only contact me to inform me that you:

- are terminating further collection efforts;
- invoking specified remedies which are ordinarily invoked by you or your
  company; or
- intend to invoke a specified remedy.

Any future contact by you or your company violates the FDCPA and that since you
already have my location information, calls made by you or your company to any 3rd
party concerning me violates section 805(b)2 of the FDCPA.

Thank you for your immediate attention to this matter.

Sincerely,

T. Segnit

cc: State Attorney General of Connecticut

February 10, 2011

Global Credit Corporation
#300 International Drive
Suite 100
Williamsville, NY 14221-5781

Certified Mail #7004 1350 0003 0039 6760

Greetings:

Thank you for your recent inquiry. This is not a refusal to pay, but a notice that your claim is disputed.

This is a request for validation made pursuant to the Fair Debt Collection Practices Act. Please complete and return the attached disclosure request form.

Please be advised that I am not requesting a "verification" that you have my mailing address, I am requesting a "validation;" that is, competent evidence that I have some contractual obligation to pay you.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute fraud under federal and state law. You may wish to consult with a competent legal advisor before your next communication with me.

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorney fees.

Best regards,

Thomas Segnit
#18 Milltown Road
New Fairfield, CT 06182